```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  CHRISTINA M. EASTMAN
    Certified Law Clerk, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA  95814
 5  Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Mag. No. 09-0289 KJM |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | COURT TRIAL |
| | ) | |
| ROLLAND FALT, | ) | DATE:   November 30, 2009 |
| | ) | TIME:   10:00 a.m. |
| Defendant. | ) | JUDGE:  Hon. Kimberly J. Mueller |
| | ) | |

IT IS HEREBY STIPULATED and agreed to between the United States of America, through Matthew C. Stegman, Assistant United States Attorney, and defendant, ROLLAND FALT, by and through his counsel, Lauren Cusick, Assistant Federal Defender, that the court trial scheduled for November 30, 2009, be rescheduled to January 25, 2010, at 10:00 a.m.

///

///

///

///

///

///

1

1    The continuance is requested because the parties are
2 continuing to negotiate a disposition in this matter.
3 DATED: November 5, 2009                BENJAMIN B. WAGNER
                                         United States Attorney
4
5                                        By: /s/ Matthew C. Stegman
                                            MATTHEW C. STEGMAN
6                                           Assistant U.S. Attorney
7
  DATED: November 5, 2009                DANIEL J. BRODERICK
8                                        Federal Defender
9
                                         By: /s/ Lauren Cusick
10                                          LAUREN CUSICK
                                            Attorney for Defendant
11
12                            ORDER
13    The court trial is continued from November 30, 2009, at 10:00
14 a.m., to January 25, 2010, at 10:00 a.m.
15    IT IS SO ORDERED.
16 DATED: November 12, 2009.
17
                                         _____
18                                       U.S. MAGISTRATE JUDGE

**2**