```
DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
DAVID WIKSELL
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
ROLLAND FALT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-289-KJM |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| v. | |
| ROLLAND FALT, | Date: March 22, 2010 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

The United States of America, through MATTHEW STEGMAN, Assistant United States Attorney, together with defendant, ROLLAND FALT, by Assistant Federal Defender, LAUREN CUSICK, Office Of The Federal Defender, stipulate to vacate the court trial set for March 22, 2010 and set this case for court trial on April 19, 2010, at 10:00 a.m.

///

///

///

1    The continuance is requested because the parties are continuing to
2 negotiate a disposition in this matter.
3 Dated:  March 18, 2010
                                    Respectfully submitted,
4
                                    DANIEL J. BRODERICK
5                                   Federal Defender

6

7                                    /s/ Lauren Cusick
                                    LAUREN CUSICK
8                                   Assistant Federal Defender
                                    Attorney for Defendant
9                                   ROLLAND FALT

10
Dated:  March 18, 2010              BENJAMIN WAGNER
11                                  United States Attorney

12                                  /s/ Matthew Stegman

13                                  MATTHEW STEGMAN
                                    Assistant U.S. Attorney
14

15                                  ORDER

16    The court trial is continued from March 22, 2010, at 10:00 a.m.,
17 to April 19, 2010, at 10:00 a.m.
18    IT IS SO ORDERED.
19 DATED: March 19, 2010

20                                  _____
                                    U.S. MAGISTRATE JUDGE
21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER   -2-