1  BENJAMIN B. WAGNER
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  CHRISTINA M. EASTMAN
   Certified Law Student, Misdemeanor Unit
4  501 I Street, Suite 10-100
   Sacramento, California 95814
5  Telephone: (916) 554-2805

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )    Mag. No. 09-289 KJM
                                )
12            Plaintiff,         )    PROBATION REVOCATION PETITION,
                                )    NOTICE OF HEARING and
13 v.                           )    ORDER
                                )
14 ROLLAND FALT,                )    DATE:  April 19, 2010
                                )    TIME:  10:00 a.m.
15            Defendant.         )    JUDGE: Hon. Kimberly J. Mueller
   _____)

16

17      On April 19, 2010, the above-named defendant was given the

18 following sentence by United States Magistrate Judge Kimberly J.

19 Mueller:

20            1.   The defendant shall serve a one-year term of court

21                 probation, subject to the following terms:

22                 a.   The defendant shall pay a fine of $500.00,

23                      payable in monthly payments;

24                 b.   The defendant shall pay the mandatory $10.00

25                      special assessment forthwith;

26                 c.   The defendant shall not commit another

27                      federal, state, or local crime;

28                 d.   The defendant shall notify the U.S.

                                   1

1          Attorney's Office within seventy-two (72)
2          hours of being arrested; and
3      e.  The defendant shall notify the U.S.
4          Attorney's Office ten (10) days prior to any
5          change in residence.
6      The United States alleges that the defendant has violated
7 these conditions as follows:
8      1.  The defendant responded to an inquiry of the Court
9          during the change of plea hearing on April 19,
10         2010, after being sworn, regarding whether he is
11         currently driving. The defendant responded that he
12         was not. The defendant's driver's license is
13         currently suspended.
14     2.  Immediately after the hearing on April 19, 2010,
15         an employee of the United States Attorney's Office
16         witnessed the defendant walking towards a parking
17         garage across the street from the federal
18         building, and further observed the defendant
19         driving a red Toyota pickup truck, license plate
20         number 8L92608, out of the parking garage with no
21         other individual in the vehicle with him.
22     2.  A subsequent check of the license plate number
23         with DMV revealed that the associated vehicle is a
24         red, 1984 Toyota pickup truck, registered to both
25         Brittney Marie Falt and the defendant, Rolland
26         Falt.
27     The United States therefore petitions the Court to set this
28 matter on its calendar on April 29, 2010, for a probation

2

1 | revocation hearing to allow the defendant to show cause why the
2 | probation granted on April 19, 2010, should not be revoked.
3 |     All of the above has been related to me by Christina M.
4 | Eastman. I declare under penalty of perjury that the foregoing is
5 | true and correct to the best of my knowledge.
6 | DATED: April 19, 2010                    Respectfully submitted,
7 |                                          BENJAMIN B. WAGNER
                                             United States Attorney
8 |
9 |                                  By:/s/ Matthew C. Stegman
10 |                                     MATTHEW C. STEGMAN
                                         Assistant U.S. Attorney
11 |
12 |                                  ORDER
13 |     It is Hereby Ordered that the defendant appear on April 29,
14 | 2010, to show cause why the probation granted on August 19, 2010,
15 | should not be modified or revoked.
16 |     IT IS SO ORDERED.
17 | Dated: April 19, 2010.
18 |
19 |
20 | _____
21 | U.S. MAGISTRATE JUDGE
22 |
23 |
24 |
25 |
26 |
27 |
28 |

3