```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  CHRISTINA M. EASTMAN
    Certified Law Clerk, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA  95814
 5  Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Mag. No. 09-0289 KJM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) EVIDENTIARY HEARING |
| | ) |
| ROLLAND FALT, | ) DATE:  May 12, 2010 |
| | ) TIME:  2:00 p.m. |
| Defendant. | ) JUDGE: Hon. Kimberly J. Mueller |
| | ) |

IT IS HEREBY STIPULATED and agreed to between the United States of America, through Matthew C. Stegman, Assistant United States Attorney, and defendant, ROLLAND FALT, by and through his counsel, Alexis Briggs, that the evidentiary hearing scheduled for May 12, 2010, be rescheduled to June 24, 2010, at 10:00 a.m.

///
///
///
///
///
///
///

1

The continuance is requested because the undersigned defense counsel was just appointed to this case today, and needs time to review the case and adequately prepare for the evidentiary hearing.

DATED: May 11, 2010                    BENJAMIN B. WAGNER
                                       United States Attorney

                                       By:/s/ Michael Anderson for:
                                          MATTHEW C. STEGMAN
                                          Assistant U.S. Attorney

DATED: May 11, 2010                    /s/ Alexis Briggs
                                       ALEXIS BRIGGS
                                       Attorney for Defendant

ORDER

The evidentiary hearing is continued from May 12, 2010, at 2:00 p.m., to June 24, 2010, at 10:00 a.m.

IT IS SO ORDERED.

DATED: May 11, 2010.

_____
U.S. MAGISTRATE JUDGE

2