ALEXIS WILSON BRIGGS SBN#251688
Attorney at Law
3104 O Street, Suite 389
Sacramento, CA 95816
(415) 646-5915
(866) 631-9159 fax
alexis@rebelbase.com.

Attorney for Defendant
ROLLAND FALT

IN THE UNITED STATES DISTRICT COURT

OR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ROLLAND FALT,<br><br>         Defendant. | Case No.:  Mag. 09-0289-KJM<br><br>THIRD AMENDED STIPULATION AND ORDER CONTINUING EVIDENTIARY HEARING AND EXCLUDING TIME |

STIPULATION

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Matthew C. Stegman, counsel for the plaintiff, and defendant Rolland Falt, by and through his counsel Alexis Wilson Briggs, that good cause exists to extend the evidentiary hearing currently set for June 24, 2010, at 10:00 a.m. to July 8, 2010, at 10:00 a.m. pursuant to Federal Rule of Criminal Procedure 32.1.

Good cause exists to extend the time for the Evidentiary Hearing within meaning of Rule 32.1 because discovery has been provided and the parties are close to a resolution of the case against the defendant. The defendant agrees that a continuance of the evidentiary hearing date will not prejudice him because a resolution could result in an overall sentencing exposure

///

///

- 1 -

that is significantly reduced. Both counsel believe a resolution in this case may occur within the next few weeks.

DATED: 6/22/10                    /s/ Alexis Wilson Briggs
                                  ALEXIS WILSON BRIGGS
                                  Attorney for Defendant
                                  ROLLAND FALT


                                  BENJAMIN B. WAGNER
                                  United States Attorney

DATED: 6/22/10              By /s/ Heiko Coppola for:
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney


ORDER

GOOD CAUSE APPEARING, and by stipulation of all counsel, IT IS HEREBY ORDERED THAT:

The Court finds good cause to extend the Evidentiary Hearing currently set for June 24, 2010, at 10:00 a.m. to July 8, 2010, at 10:00 a.m. pursuant to Federal Rule of Criminal Procedure 32.1.

DATED: June 22, 2010.

_____
U.S. MAGISTRATE JUDGE